Rel: January 5, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0232

Barbara Jones v. John R. Burton (Appeal from Tallapoosa Circuit Court: CV-19-900071).

STEWART, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(C), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Cook, JJ., concur.